J and M Forensic Consultants
Div. of Biblical Dogs Inc.
Joye M. Carter, MD
3598 N. Pennsylvania Street
Indianapolis, IN 46205
O- 317-920-0483
F- 317-920-0486

August 4. 2010

Anthony P. Griffin
A Griffin Lawyers
1115 Moody
Galveston, Texas 77550

Re: Rutha Carroll, et al v. Harris County et al,; in the United States District Court for the Southern District of Texas- Houston Division; Cause NO. 4:08-CV-2970
(Herman Barnes; deceased)

Dear Mr. Griffin:

Thank you for your recent consult request on the above named decedent, Mr. Herman Barnes.

I am a board certified pathologist in private practice currently located in Indianapolis, Indiana. I am certified by the American Board of Pathology in the areas of Anatomical, Clinical and Forensic Pathology. I am experienced in civil and criminal testimony and consult on both defense and plaintiff claims. I am independent of individual hospitals and government institutions. I am licensed to practice medicine in Indiana and Virginia. I have over twenty years experience in pathology and case review where a decision must be made as to the cause and manner of death. I currently serve as the Chief Forensic Pathologist to the Coroner of Marion County, Indiana. I have served as Chief Medical Examiner in Washington, DC and Harris County, Texas as well as having been appointed Deputy Chief Medical Examiner for the Armed Forces Medical Examiner Department. I have testified several hundred times and have performed several thousand post mortem examinations.

In this particular case I have received the following for review:

A copy of the original post mortem examination report on the body of Mr. Barnes: a copy of the second post mortem examination report on the body of Mr. Barnes; a copy of the complaint filed in federal court in South Texas; a copy of the Harris County Sheriff's

Carter
EXHIBIT NO. 1
9-23-10 JH

department homicide division investigation report labeled HCSO case NO 061006E956 completed by YA Cooper; a copy of Mr. Barnes' medical records from the University of Texas Harris County Psychiatric Center, over two hundred black and white copies of photographs and numerous duplicative records and statements.

In summary:

Mr. Herman Barnes was a black male, aged 31 years when he died following an altercation with Harris County Sheriffs deputies that took place on October 6. 2006.

Mr. Barnes had extensive documented medical history with a diagnosis of Paranoid Schizophrenia. He had been recently discharged from the Harris County Psychiatric center on the medications of Zyprexa, Cogentin and Tegretol. He was living in his sister's home

Mr. Barnes had significant history with the criminal justice system and had been arrested several times and had served time in jail. He was originally diagnosed with the mental disorder of Schizophrenia while in incarcerated.

According to the law enforcement officer's statements Mr. Barnes was standing outside near mailboxes in the subdivision where he lived with his sister. He was described as appearing suspicious with no criminal activity noted by the original officer. When questioned by the officer Mr. Barnes moved across the street and entered his home through a garage door. The law enforcement officer pursued him into the home after Mr. Barnes stated that it was his home. The officer did not believe that Mr. Barnes was entering his own home. The officer stated that he grabbed Mr. Barnes by the arm and the struggle begins with the officer calling for backup as he entered the home. According to the officer's statements Mr. Barnes first sat in a chair in his home and did not make any threatening motions toward the officer. The officer then used his Taser device after Mr. Barnes did not comply with his request to get down on the floor. The officer then used the Taser device directly on the arm of Mr. Barnes. Mr. Barnes then swung at the officer and was pursued into the kitchen area where he sat on the floor.

By this time several uniformed officers arrive and engage in the use of batons, night sticks. strikes to the body, physical restraint and numerous applications of the Taser weapons. Mr. Barnes is described as resisting with abnormal strength until he is subdued by several officers. The officers claim that Mr. Barns is chewing on something in his mouth and refuses to spit the material out. He receives numerous blows and applications of the night sticks and batons. He is also restrained by a hobble device and handcuffed. He seems to quiet down and begins to display convulsions. The EMS is requested. Upon their arrival they initially attend to two officers with hand and arm injuries. Later they are advised that a suspect is inside of the home and he is found unresponsive. Initially there is a pulse but Mr. Barnes remains unresponsive and suffered cardiopulmonary arrest. He

**EXHIBIT "1"**

is unable to be intubated and is transported to the LBJ Hospital in Houston where he is pronounced dead shortly after arrival.

Review of the law enforcement investigation reveals that after Mr. Barnes was pronounced dead and the Harris County Medical Examiner was notified, the representatives of the law enforcement crime lab examined, photographed and swabbed the body of Mr. Barnes without any medical examiner staff present.

A post mortem examination was conducted on October 7, 2006. Mr. Barnes' body is received in a body bag with brown paper bags around both hands. There is no mention of the bags being removed by the medical examiner staff or any swabbing performed at the time of the post mortem examination. It appears as though only one law enforcement representative is present for the original autopsy.

After an extensive external examination the multiple areas of puncture wounds are documented along with bruises and abrasions. The internal examination yields more areas of blunt force injury to the head, neck, chest, back and extremities. There are hemorrhages to the musculature of the tongue and strap muscles of the neck organs. There is no foreign material found within the entire gastrointestinal tract, no evidence that any substance was ingested. Upon completion of the post mortem examination toxicology tests performed on body fluids determined that only subtherapeutic levels of Zyprexa were in Mr. Barnes system.

The medical examiner office certified the death as being due to Sudden death during schizophrenic psychotic delirium following physical restraint and the opined that the manner of death was homicide.

A very involved investigation was conducted by the law enforcement agency. The Taser weapons were tested by the Taser Corporation. Two of the weapons were found to be nonfunctioning and one of those had been in contact with water. The total times fired on the functioning Taser weapons were found to be in excess of 28 times.

Discussion:

This reviewer makes the following opinions based upon review of the materials received and with knowledge and experience of investigating deaths in police custody. The opinions are made to a degree of medical certainty.

1. This was a preventable death. This opinion is made based upon the officer's account of what transpired. An assumption was made about Mr. Barnes being suspicious with no evidence of wrong doing prior to entering the home.
2. This death was due to excessive force by law enforcement officers. While this reviewer is in agreement with the manner of death the cause of death listed is utter nonsense. This man was not acting in a manner that suggested that he was a threat to himself or the neighbors when he was questioned by the officer initially. The

**EXHIBIT "1"**

wastebasket term of schizophrenic psychotic delirium following physical restraint is ridiculous. Mr. Barnes died after multiple applications of a Taser device, multiple impacts from blunt objects and physical and ligature restraints.

3. Mr. Barnes did not receive timely medical care. After he was observed to have seizure activity the medical assistance was delayed while EMS responders tended to two officers with minor injuries. Several minutes elapsed while the officers were treated with missed opportunity to provide circulatory support to Mr. Barnes. To make matters worse, Mr. Barnes had documented signs of cardio-respiratory failure and was still in handcuffs while being administered oxygen and chest compressions.
4. The law enforcement agency should not have had access to Mr. Barnes body after his death was pronounced. There should have been no examination conducted of his body, which includes photographs without the presence of the medical examiner staff.
5. There are cultural differences that must be considered in deaths like this one. Minority men have been over represented in the category of police custody deaths by comparison to the population statistics. Black men by proportion are killed more often in police custody cases than white men. The theory of self preservation and flight or fight must also be taken into consideration. A person perceiving death may display or appear to exhibit extraordinary strength without being proclaimed to have a psychotic event. This reviewer suggests that an experienced psychiatrist review this case report.

My fee for this consultation is $3500.00 dollars to be received upon receipt of this report. This fee is for professional time utilized in the review of the materials received and submission of the report.

I am submitting by separate file my current CV, fee schedule, and most current updated listed of sworn testimony in civil and criminal trials in the role that I assume as a direct consultant.

I appreciate the opportunity to have consulted in this case. If there are any additional questions please do not hesitate to call upon me at the office number of 317-920-0483 or via Email at JandMFORENSICS@AOL.com.

Sincerely,

Joye M. Carter, MD
Forensic Pathology Consultant

EXHIBIT "1"

J and M Forensic Consultants
Joyc M. Carter, MD
3598 N. Pennsylvania Street
Indianapolis, IN 46205
O- 317-920-0483
F- 3 7-920-0486

2010
PRICE LIST FOR SERVICES

J and M Forensic Consultants strive for cost containment for forensic consultations and analysis.

| | |
|---|---|
| Autopsy with written report | $3500.00 |
| Case Review with or without written report: | $3000.00 |
| Excessive records for review are charged on hourly rate | $250.00 |
| Conference calls are charged on an hourly rate | $250.00 |
| Daily rate for consultant services | $2500.00 |

Fee for last minute trial cancellation is $500.00 and payment for any transportation costs which were incurred with submission of receipt.

Deposition is charged at $250.00 per hour for first three hours if done locally and $300.00 per hour if done outside of the greater Indianapolis, IN region. After three hours the charge is $400.00 per hour. Charges are assessed the law firm or agency requesting the deposition.

There is no charge for time used for court testimony but travel fees for transportation and or car rental will be assessed for full reimbursement. There are no fees for meals while on travel.

Should the case require fees in access of the agreed upon amount the client will be contacted prior to initiating work and an alternate fee may be discussed.

These fees are separate from contractual agreements for state operated indigent services and active duty military personnel.

We appreciate your business.

Sincerely.

**EXHIBIT "1"**

Joye M. Carter, MD

Joye M. Carter, MD
J and M Forensic Consultants
3598 N. Pennsylvania Street
Indianapolis, Indiana 4625
Tel. 317-920-0483
Fax 317-920-0486

To Whom It May Concern:

RE: Running List of Service as Expert Witness in Court Proceedings

- Tennin vs. Ford Motor Company, Hinds County Circuit, Cause Number 251-02-96-CIV; Atty. Felecia Perkins, Jackson, Mississippi 601-352-5053. Witness for Plaintiff

- Diamond vs. Metro Behavioral Health Services et al, No. 96-19402 Atty. Randall Meyers, New Orleans, LA, 504-523-0063. Deposition for Plaintiff

- Spenc vs. Brackenridge et al, CIV No. - A-02-CA-832-SS; Atty. Dan Richards, Austin, TX 512-476-0005.

- Stubblefield vs. Merck, deposition for plaintiff, Goforth, Lewis, Sanford Wilson Law Firm.

- US Army vs. Hart, Criminal defense expert, June 9, 2004, Korea: Attorney Captain Jim Culp, USA.

- Oklahoma Indigent Defense System, sworn affidavit on anonymous case, March 2004.

**EXHIBIT "1"**

- Regan Metoyer vs. American International Life Assurance Company of New York, ongoing case; Atty. Chad Forbes of Wright Brown and Close, LLP. Deposition for defense

- US Navy vs. French, Criminal defense expert, December 6-7, 2004, Italy, Lt. Commander Berger.

- State of Tennessee vs. Braswell, witness for prosecution, December 13, 2004, Memphis, TN.

- Smith vs. Prince George's County, et al Wilkins, Civil action TRK 9102737, deposition February 2005, Atty. Sidney Schupak. Expert for Plaintiff

- State of Oklahoma vs. Samuel Brown, III; Case number CF-2004-457, April 2005, expert witness for the defense, Atty. Billy Vandever.

- State of Oklahoma vs. Kareme Allen Law; Case number CF-2003-5599, April 12, 2005, expert witness for the defense; Atty. Kevin Adams.

- US vs. Robinson, Criminal defense expert, May 9, 2005, Korea, Atty. Capt. Pia Rodgers and Jim Culp.

- Krykfo vs. Roehrborn, MD and Zale Lipshy Hospital, August 23, 2005, deposition testimony for the Plaintiff, Attorney Gregory Mc Carthy. Dallas, TX.

- Commonwealth of Virginia vs. John Wayne Hafferman, Warren County, VA. Expert witness testimony in court for the defense; Attorney Franklin B. Reynolds, Jr., Washington, VA.

- State of Tennessee vs. Hector Jaurequi, Nos. M-03-453,454,455,456,457; expert witness for the defense, Attorney Ashley I. Owen, Cleveland, TN.

- State of Tennessee vs. Antonio Oliver, Expert Witness for the Prosecution, Attorney Paul Hagerman, Assistant DA, Shelby County, Memphis, TN.
-
- State of Oklahoma vs. Tullie Johnson, Expert Witness for the Defense, Attorney PE Shannon Otteson, Tahlequah, OK, 918-456-7000.

- State of Tennessee vs. Vern Braswell, Expert Witness for the Prosecution, Assistant DA Rosemary Andrews, Memphis, TN. 901-545-5900.

- State of Georgia vs. Campbell, Expert Witness for the Defense, Hinesville, Georgia, April 2006.

- Sheriff's Civil Action No. H-04-3576; Julian James, et al vs. Harris County Department, et al, Deposition for Plaintiff, Attorney Benjamin Hall, III

- Ester Grace Donald vs. American Home Assurance Company, et al, Deposition for defense, Attorney Hayes, 916-449-3958

- Sandra Freeman ,et al v. Petersburg General Hospital Company, LLC, d/b/a Southside Regional Medical Center- Case No.: CL05-271, Expert witness for the defense, Attorney Sean Byrne, Glen Allen, VA 804-967-9604

- State of Tennessee vs. Antonio Curry, Expert Witness for the Prosecution, Assistant DA P. Hoover, Memphis, TN, 901-545-5900

- Foree, et al v. Aycock, et al, Shelby County Circuit No. CT-004862-04, File No. 8365-2; Expert Witness for the Plaintiff, Attorney Les Jones of Burch, Porter and Johnson, PLLC, deposition testimony on July 26, 2006

- Porter et al v. Clyde Smith,MD, Kirby Pines Manor et al. CT-004691-05 Division VII; Expert Witness for the Plaintiff, Attorney Les Jones of Burch, Porter and Johnson, PLLC, deposition testimony on October 20, 2006

- State of Oklahoma v. Johnson; Court of Criminal Appeals; F-04-1186 (Appeal from the District Court of Washington Co., OK-No. CF-03-450, court testimony given on behalf of defense on November 3, 2006

- Grimason v. Phoenix House, et al, Case No. 1:05-cv-154;deposition by phone for Downs Rachlin Martin PLLC, December 2006, expert witness for defense

- Tammy Grant et al v. City of Chicago et al; 0-c2612; Trial testimony on February 6, 2007; Attorney Mark Lovey-Reyes, expert witness for the plaintiff

- Julian James et al v. Harris County Sheriff's Department et al. Civil Action No. H-04-3576 for the Hall Law Firm in Houston, Texas, Attorney Ben Hall, January 2007, witness for plaintiff

- Diehl v. Motion Holdings, Claim number 75370, deposition for Thomas V. Mike Miller, Jr. PA, May 2007

- Foree et al v. Aycock, Jr. et al, CT-004862-04, trial testimony for Attorneys Burch, Porter and Johnson, PLLC, Paris, Tennessee 731-642-2555, Todd Rose September 2007

- Carswell et al vs. Christus Health Gulf Coast d/b/a Christus St. Catherine Health & Wellness Center et al, No. C-2005-36179, Houston, Texas for The O'Quinn Law Firm, deposition in December 2007, witness for plaintiff

- Melton et al v. BNSF Railway Company et al, deposition testimony, Shelby County Circuit Court No. CT-005244-06 Div. VIII for the Riddle Law Firm, Houston, Texas 281-890-4422

- James E. Strong v. Baptist Memorial Hospital, deposition testimony, for plaintiff, on behalf of Frank B. Thacher,III of the Burch, Porter & Johnson Law Firm, Memphis, TN; 901-524-5024
- State of Ohio v. Beth Neff, trial testimony on behalf of defendant in criminal court in Columbus, Ohio, February 2009
- State of Oklahoma v. Ashley Parnell, trial testimony on behalf of defendant in Tulsa, OK, February 2009
- Charlotte Rushin et al v. Rainbow Health & Rehab et al, deposition on behalf of the plaintiff, Burch, Porter and Johnson Law Firm, April 29, 2010
- Ronnie Moore et al v. Methodist Hospitals et al, deposition on behalf of the plaintiff, Burch , Porter and Johnson Law Firm, April 30, 2010

List of expert witness listings on the Internet:

None at this time

Contact available through professional memberships

1. National Association of Medical Examiners

2. American Academy of Forensic Scientists

3. National Medical Association

# `CURRICULUM VITAE

NAME:

Joye Maureen Carter, M.D.

ADDRESS and TELEPHONE:

Owner of Biblical Dogs, Inc.

DBA: J and M Forensic Consulting
Email: JandMForensics@AOL.com
DBA: Biblical Dogs Publishing
Email: BiblicalDogs@AOL.com

3598 N. Pennsylvania Street
Indianapolis, IN 46205
Email: JoyeMCarterMD@aol.com

317-920-0483-office
317-920-0486-fax

EDUCATION:

M.D. – May 14, 1983
Howard University College of Medicine
Washington, D.C.

B.A. – June 1979 (Cum Laude)
Wittenberg University
Springfield, Ohio

Shortridge High School – June 1975
Indianapolis, Indiana

POSTGRADUATE TRAINING:

Fellow in Forensic Pathology 1989 – 1989

**EXHIBIT "1"**

Dade County, Miami, Florida

Chief Resident in Pathology 1987 – 1988
Howard University Hospital

Anatomic and Clinical Pathology Residency 1984 – 1988
Howard University Hospital

Booth Memorial Medical Center Internship-Internal Medicine
1983 – 1984
Queens, N.Y.

BOARD CERTIFICATION:

American Board of Pathology 1990
Forensic Pathology

American Board of Pathology 1989
Anatomic and Clinical Pathology

Diplomate of the National Board of Medical Examiners 1984

Certificate #282244

MEDICAL LICENSES:

Indiana -# 01063038A ( active )
Tennessee- #MD 38777, Retired status
Texas - #K1383, inactive
District of Columbia - #160499 {inactive}
Virginia -# 0101239134 ( active )

EXPERIENCE:

Chief Forensic Pathologist to the Marion County Coroner, Indianapolis, Indiana; December 19, 2006 until present

Volunteer Clinical Professor of Pathology, 2007 until present, Indiana University School of Medicine, Department of Pathology

Director of Forensic Pathology Fellowship Program at Indiana University School of Medicine, 2007 through present

Full time forensic pathology consultant 2002 until present.

Former Chief Medical Examiner of Harris County, Texas; 1996 to 2002

Former Chief Medical Examiner of Washington, DC; 1992 to 1996

Former Chief Deputy Medical Examiner of the Armed Forces Medical Examiner Department 1990 to 1992

Urban Education Activity

Speaker for Summer Pipeline Program at Indiana University School of Medicine; Reaching for Higher Limits in Medicine and Science.

Keynote Speaker, Indiana School of Medicine for diversity Week, Our Dream of MLK

Keynote Speaker, Fort Wayne Trauma Conference;"Investigating Trauma Deaths in the Urban Setting." April 2009

Wheatstone Ministries, November 2008, " The Spiritual Impact of Death Investigation." National Lutheran Conference

Speaker at the 2005 American Trial lawyers Association, Investigating Nursing Home Deaths

Speaker at the 2004 American Trial Lawyers Association, Pathology of VIOXX

Keynote Speaker for the City of Waco, NAACP, May 2004

Keynote Speaker for 2003 Forensic Nursing Association

Featured speaker, National Association of Black Mayors, 2003, Topic; Problems in Our Criminal Justice System, This is not CSI!

Lecturer, M.D. Anderson Cancer Center, "Death - The Ultimate Diversity Tool," Houston, Texas 2001

Lecturer, The Women's Museum, "Developing Self Esteem And Standing in the Face of Diversity," Dallas, Texas, 2001

Lecturer to Coppin State University, "Substance Abuse," Baltimore, Maryland, 2001

Lecturer to Houston Community College System, "Creating and Defining the African-American Community: Family, Church, Politics and Culture," Houston, Texas 2000

Lecturer to Houston Police Department, "Recognizing Child Abuse," Houston, Texas 1997

Participant, Workshop on Guidelines for Scene Investigation of Sudden Unexplained Infant Deaths, U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control (CDC), Morbidity and Mortality Weekly Report, Recommendations and Reports, Association of State And Territorial Health Officials, Washington, D.C. – 1996

Member of Delegation to the Republic of South Africa The Citizen Ambassador Program, 1996 – Forensic Medicine Delegation

Forensic Pathology Consultant to CNN, 1994

Director of Public Education Seminars on Organ Tissue Donations, 1994 – 1996, Washington, D.C.

Director of Forensic Residency Training, 1990 – 1992 Armed Forces Institute of Pathology, Washington, D.C.

Course Director – "Essentials of Forensic Pathology," 1990 – 1992 Armed Forces Institute of Pathology, Washington, D.C.

Course Director, Lecturer in Homicide School, 1990 – Present

Washington, D.C. Police Department, Department of Criminal Investigations

Lecturer in Basic Forensic Pathology Course, 1990 – 1993
Armed Forces Institute of Pathology, Washington, D.C.

Coordinator for the Commission of Public Health Antiviolence Campaign, 1992 – 1996, Washington, D.C.

Consultant to the United States Attorney's Office, Civil Rights Division,
1990 – 1996, Washington, D.C.

Lecturer in Basic Forensic Pathology Course, 1990
"Seminars in Forensic Pathology"
Continuing Medical Education Course for Pathology Residents

Lecturer, Tri-State Police Adult Sex Crime Unit, 1990
CID/AFME Conference, Fairfax, Virginia

CAP Regional Hospital Inspection Team, 1987 – 1988
South Eastern United States

USAF Officers Training School (OTS), 1980, Montgomery, Alabama

Wittenberg University, 1975 – 1979
Part-time Laboratory Assistant/ Microscopist, Springfield, Ohio

Indiana University (Preceptorship in Pathology), 1978
Department of Pathology, Indianapolis, Indiana

Detroit Diesel Allison's (Preceptorship in Bio-Engineering)
Indianapolis, Indiana

MILITARY EXPERIENCE:

Consultant to the Armed Forces as expert defense witness, 2002 until present

1979 – 2000
Major, United States Air Force Medical Corps. (Retired 2000)
Chief Physician, Forensic Pathologist

Deputy Chief Medical Examiner
Armed Forces Medical Examiner System, 1991 – 1992

Director of Forensic Residency/Director of Forensic Education,
Armed Forces Medical Examiner System, 1990 – 1992

Office of the Armed Forces Medical Examiner
Armed Forces Institute of Pathology, 1989 – 1992

Director of Forensic Science Master's Program 1989 – 1992
"Introduction to Forensic Pathology," Armed Forces Institute of Pathology/George Washington University

United States Air Force – Health Professions Scholarship Recipient, 1979

FACULTY APPOINTMENTS:

IUSM, Volunteer Clinical Professor, Department of Pathology, Director of the Forensic Pathology Program 2007 -present

University of Texas, Houston Health Science Center, 1997 – 2004

Clinical Associate Professor, Pathology & Laboratory Medicine

University of Texas School of Public Health, 1999 – 2005
Adjunct Assistant Professor, Biological Sciences

Baylor College of Medicine, Houston, Texas, 1996 – 2004
Assistant Clinical Professor, Department of Pathology

George Washington University, 1989 – 1996
Washington, D.C.
Associate Professor, Department of Forensic Science

Director of the Forensic Pathology Fellowship training for the United States Armed Forces 1990 until 1992

Howard University College of Medicine, 1991 – present
Washington, D.C.
Assistant Clinical Professor, Department of Pathology

PROFESSIONAL ORGANIZATIONS:

Member of the Indianapolis Chamber of Commerce

American Medical Association
Fellow – American Academy of Forensic Science

Fellow- National Association of Medical Examiners

National Medical Association

Fellow – College of American Pathologists

National Association for the Advancement of Colored People

Minority Organ Tissue Transplant Education Program (MOTTEP)

American Society of Minority Health and Transplant Professionals (ASMHTP)

The Women in Military Service for America Memorial Foundation, Inc., Charter Member

ORAL PRESENTATIONS:

One Hundred Black Men, Indianapolis Branch, January 13, 2007

Martin Luther King Day Celebration in Colorado Springs, CO;
Key Note Speaker, 2005

Key Note Speaker, NAACP, Arkansas, 2004

Key-Note Speaker, International Association of Forensic Nurses, 2003

Key-Note Speaker, East Liverpool-Wellsville, OH, NAACP Freedom Fund Banquet, 2003

Featured Speaker, District of Columbus Conference on Child Fatalities, 2003

Featured Speaker, National Black Mayors' Conference, 2003
Topic: The Problems with the Criminal Courts' Reliance on DNA Evidence

Speaker, Houston League of Business and Professional Women, Inc., 2001
"The Power to Learn, the Power to Earn," Houston, Texas 2001

Speaker, Wheeler Avenue Baptist Church, "Health Tips," Senior Citizens Picnic, Houston, Texas, August 2002

Speaker, National Association for the Advancement of Colored People, "Violence, 21st Century Plague," NAACP National Convention, Houston, Texas, July 2002.

Speaker, National Association for the Advancement of Colored People, "Empowering the Black Woman," Women in the NAACP Workshop, Houston, Texas, July 2002

Speaker, National Black Nurses Association, "Impact of Drugs on Youth Violence," Houston, Texas, July 2002

Speaker, Student National Medical Association, "Youth Violence,
Hip Hop And Juvenile Violence, The End Result of Violence,"
Houston, Texas, March 2002

Guest Speaker, rossreportnews.net, eighteenth annual "Pioneer Achievement Awards Dinner," honoring 13 outstanding citizens in the metro Atlanta community and Georgia, Atlanta, Georgia, March 2002

Keynote Speaker, Baptist Mission District Association of Texas Education Committee Annual Scholarship Banquet, Houston, Texas, March 2002

Keynote Speaker, National Coalition of 100 Black Women, Inc. Symposium, Houston Chapter, "I Am a Woman, Damn It!"
Houston, Texas, March 2002

Speaker, The University of Texas Health Science Center School of Public Health, Pathology and Public Health Class, Houston, Texas, March 2002

Speaker, American Association of University Women, Houston, Texas,
March 2002

Speaker, City of Houston, Leadership Houston Class XX Criminal Justice Day, "The Role of the Medical Examiner's Office in the Criminal Justice System," Houston, Texas, March 2002

Speaker, The Center for Success, Galena Park Independent School System, Houston, Texas, February 2002

Speaker, Minority Association of Pre-Health Students of Prairie View A&M University at the 2nd Annual Health Professions Career Fair and Conference,
Prairie View, Texas, February 2002

Speaker, Houston Police Department graduating Cadet Class #180,
"To Protect and Serve," Houston, Texas, June 14, 2002

Speaker, R.E. Kirby Middle School's Black History program, "The Color Line Revisited: Is Racism Dead?" Houston, Texas, February 2002

Speaker, University of Houston-Downtown, "Learning from the Past to Build a Better Future," Houston, Texas, February 2002

Speaker, Mission Faith Baptist Church, Houston, Texas, February 2002

Speaker, Freedom Fund Banquet, NAACP, Plano, Texas 2002

Speaker, San Jacinto Methodist Hospital, Baytown, Texas, January 2002

Speaker, Lee College and the Black Educational Access Committee in Celebration of the birthday of Dr. Martin Luther King, Jr., "Creating and Pursuing Personal Dreams," Baytown, Texas, June 2002

Guest Speaker, Memorial Hermann Hospital Trauma Intervention Program (TIP), "Role of the Medical Examiner and How Death Looks," Houston, Texas, January 2002

Speaker, Ladies of Excellence and Texas Executive Women, Houston, Texas, January 2002

Presentation before City Council on behalf of the Houston Medical
Forum, Houston, Texas – 2001

Presentation, "Ethics in the Therapeutic Autopsy," Howard University's
Health Care Ethics Faculty Retreat, Washington D.C., June 9, 2002

Speaker, Empowerment Breakfast, Hyatt Regency, Houston, Texas – 2001 Speaker, Fourth Annual Conference on Counseling African-American Families, IntraCare Hospital, Houston, Texas – 2001

Speaker, Urban Financial Services Coalition Annual Scholarship Gala,
Houston, Texas – 2001

Keynote Speaker, Jesse Jones School of Business, Networking Reception, Houston, Texas – 2001

Keynote Speaker, Baylor College of Pharmacy, Houston, Texas 2001

Keynote Speaker, Houston Community College – Central, African-American History Month Celebration – 2001

Presentation "Living While Black" with Attorney Johnnie Cochran, Jr., Southwestern Region VI, Leadership Training Conference of the National Association for the Advancement of Colored People – 2001

Speaker, University of Houston Upward Bound Program,

Doubletree Hotel, Houston, Texas – 2001

Speaker, Caldwell & Keaton, L.L.P., Houston, Texas – 2001

Speaker, African-American Clergy & Healthcare Symposium, Houston, Texas – 2001

Speaker, National Medical Association Pathology Section, Nashville, Tennessee – 2001

Houston International Community Health Summit, "Healthy Communities Through International Collaboration" – 2001

Speaker, Texas Southern University Annual Student Awards Banquet, Houston, Texas, 2001

Moderator, National Minority AIDS Education and Training Center Conference, Houston, Texas, 2001

Speaker, Mayor's Executive Forum Luncheon, "The Role of the Medical Examiner," Houston, Texas 2001

Houston Urban Bankers Association 18th Annual Scholarship Gala, "Building Better Minds for the Future" – April 2001

SNMA Region III Conference, "Reach One, Teach One, Impact Thousands, UTMB, Galveston, Texas – 2000

Lecturer in the Honorable Calvin Botley Distinguished Lecture Series at Thurgood Marshall School of Law, Texas Southern University – 1999

Consultant to American Red Cross, Tissue Service, February 1999

American Academy of Forensic Sciences, Toxicology Section,
"When you are Called to Court," February 1998

American Academy of Forensic Sciences, Toxicology Section, Co-Chairman, "Interpretation of New and Old Drugs," February 1997

"Women in Policing," "Women in Charge," Houston, Texas,
March 1997

American Academy of Forensic Sciences, Forensic Odontology Section, "Fatal Extraction," February 23, 1996

Supreme Court of Cape Town, South Africa, "Medicolegal Death Investigation in the District of Columbia," February 1996

"Child Abuse in the Armed Forces," presented at the American Academy of Forensic Sciences, February 1992

"Politics and the Hypothermic Homeless," presented at the American Academy of Forensic Sciences, February 1993

SCIENTIFIC PROJECTS:

"M&M's – Not a Chocolate Coated Candy in D.C.," presented at the American Academy of Forensic Sciences, February 1994

**EXHIBIT "1"**

"Would Quincy Give Organs Away?" presented at the National Association of Medical Examiners, September 1994

Organizer/Coordinator, "Reaching a Level of Comfort" – 1994 (Annual) Public Seminar – Organ and tissue Donation Education

Howard University Hospital (third place) 1988 Fifth Annual Scientific Forum: "Estrogen Receptors Detection in Breast Carcinoma"

Howard University Hospital (first place) 1986 Third Annual Scientific Forum: "Estrogen Receptors Detection in Breast Carcinoma"

Howard University Hospital (second place) 1986 Third Annual Scientific Forum: "Morphological Finding of Cyclosporine Toxicity in Kidney Transplants"

AWARDS/CIVIC RECOGNITION:

Featured in the "Who's Who in Black Indianapolis magazine, December 2008

Featured in the Richmond Times Dispatch Newspaper, November 2005

Featured in the 2004 edition of Contemporary Black Biography as the First African American Female to be named a Chief Medical Examiner in the history of the United States of America.

Presented with the Key to the City of Waco, TX for presentation the NAACP, 2004

Featured in the Houston Business Journal, January, 2004

Honoree of the National Congress of Black Women, 2003

Featured in the Black Business Journal of Houston, Texas, in 2003, as the first Black Female Chief Medical Examiner in the State of Texas, and for starting the first black owned and run Forensic Consulting Firm in the United States.

Honoree of the Houston Urban League for contributions the African American youth and community as a whole, 2003

Honoree, Centrum of One Hundred Women Leaders "Dr. Raymond Floyd Medical Award," Women's History Month Awards Luncheon, Houston, Texas, March 2002

Honoree, Houston Community College System, "Contemporary Black History Maker for 2002," Houston, Texas, February 2002

Honoree, Metropolitan Transit Authority, Black History Month annual
Luncheon, "Outstanding leader in the African-American community," Houston, Texas, February 2002

Howard University Medic Annals 2001 featured My Strength Comes from Within and most recent Civic Recognition:

Featured in Health Quest Magazine for contribution and commitment to the community, June/July 2001.

Alpha Kappa Omega Chapter of Alpha Kappa Alpha, Inc. for leadership and service to the Houston community, May 2001.

Region V of the National Medical Association's selection to Receive Best Physician Award, May 2001.

Who's Who Among African Americans, America's Registry of Outstanding Professionals, 2001-2002 Edition

International Who's Who of Public Service, First Edition 2000-2001

Honoree, NAACP Freedom Fund Banquet, Holiday Inn SW, Sugar Land, Texas – 2001

National Coalition of 100 Black Women, Inc., Role Model Program – 2001

Black Health Heroes (featured in Health Quest Magazine, June/July 2001

Texas Southern University College of Pharmacy & Health Sciences, Annual Senior's Awards Banquet – 2001

Dignity Memorial Providers & Homeless Veterans Burial Committee – May 2001

Educational and Charitable Foundation, Alpha Kappa Omega Chapter, Alpha Kappa Omega Sorority, Inc., "Exemplary Leadership and Dedicated Service to the Houston Community" – 2001

National Medical Association, Best Physician in Region V – 2001

Certificate of Award in recognition of Support & Dedication to Yates High School, Black Heritage Committee – 2001

Student National Medical Association, Region V – October 2000

National Black MBA Association, Inc., Houston Chapter, Leadership Empowerment Award – 2000

Heavenly Star Baptist Church, Career Awareness and Job Fair – 2000

Houston Business & Professional Men's Club, "Outstanding Achievements In Government" – 2000

Made Honorary Citizen by Mayor, San Antonio, Texas – 1999

National Organization of Black Law Enforcement (NOBLE), "Outstanding Achievement Award" – 1999

The Houston News Pages "Fifth Annual Women of Distinction Crystal Award" – 1999

Certificate of Congressional Recognition as Recipient of the "Women Of Distinction Crystal Award – 1999"

HEB Pantry Foods spotlight, "Historic Black Firsts" – February 1999

Prairie View A&M University, Teen Health Symposium – July 1999

Sickle Cell Association, "Let The Fashions Begin," Guy Robert Raskin memorial fund raiser Memorial Award – 1999

Leadership Texas – Class of 1999

Featured in Link Magazine – February 1999

Houston Medical Forum, Community Award – 1998

Featured in Black Enterprise Magazine – February 1998

Bennett College Belle Ringer Image Award – 1998

Featured in Texas Medical Center News – 1997, 1996

Featured in Der Spiegel 50/1996

Listed in Who's Who in American Women – 1994

Featured in Doer's Profile Column (The Washington Times) – 1994

Featured in 2,000 Notable American Women (American Biographical Institute) – 1994

Medico-Chirurgical Society of D.C. – 1996

Rapid Organ Recovery Program – Washington Hospital Center – 1996

Howard University College of Medicine – 1993

Featured in American Medical News – August 1992

National Defense Service Medal (Tri Service) – 1991

Joint Service Achievement Medal (United States Air Force) – 1991

Listed in Who's Who in American High Schools – 1975

CIVIC INTERESTS:

Internet column 2002 until present: For Goodness Sakes!

Board of Directors for Sycamore Rouge in Petersburg, VA [2006]

Houston Coordinator for, and in conjunction with, HIV/AIDS Educational Seminar , 2001

Program Director/Organizer – Saving Our Kids (SOK) Project – Safe Driving Program, 1999

Founder of "We Are All In It Together." Organization for Public Health
Education in Houston, Texas

Board of Directors, Houston Girls' Health & Wellness Project

Board of Directors, Gulf Coast Sickle Cell Association

Board of Directors, Bread of Life, Homeless Project

Advisor to Sister's Network, Incorporated

Volunteer, SPCA
Active Member of Covenant Community Church

Community Lecturer on Violence and Substance Abuse to youth organizations, schools and churches

Volunteer Mentor to D.A.R.E. Program

PUBLICATIONS:

Look for upcoming publication, Voices of Black American Pioneers, due in 2011.

Chapter contribution in the Forensic Handbook, published 2006 by Humana Press

Book reviewer for the Journal of the National Medical Association, 2005

*** In progress***
Joye M. Carter, M.D., Not One of the Boys

Published: Multiple articles in the Journal of the National Medical Association, 2003

Douglas H. Posey, Jr., MD, Joye M. Carter, MD, Gunshot Wound Injuries: A Forensic Pathology Perspective, Clinical Orthopedics and Related Research,

Joye M. Carter, M.D., I Speak For the Dead, Publisher: Biblical Dogs, December, 2002

Joye M. Carter, M.D., Syphilis on the Decline; Hand Washing Decreases Risk of Colds and Flu, Journal of The National Medical Association, Vol. 94, No. 2; February 2002

Joye M. Carter, M.D., Crisis in Medico-Legal Death Investigation, Journal of the National Medical Association, Vol. 94, No. 1; January 2002

Joye M. Carter, M.D., My Strength Comes From Within, Publisher: Biblical Dogs, Autobiography, 2000

Columnist, African-American News & Issues: Shake It Fast; Show Me What You're Workin' With, February 14-20, 2001

Stop in the Name of Love. November 29-December 5, 2000

At The Feet of My Elders, October 25-31, 2000

Basis of Good Communication, August 2-8, 2000

If You Love That Man! June 21-27, 2000

Some Ads Don't Have Them, May 3-9, 2000

The Problem with "Presumed Consent," February 2-8, 2000

Disparity in Teen Deaths in Harris County Continues, December 15-21, 1999

Joye M. Carter, M.D., When Death Occurs in a Hospice, Mental Health
Association Journal, 1997

Angela M. Murray, Thomas M. Hyde, Michael B. Knable, Mary M. Herman, Llewellyn B. Bigelow, Joye M. Carter, Daniel R. Weinberger, and Joel E. Kleinman, Distribution of Putative D4 Dopamine Receptors in Postmortem Striatum from Patients with Schizophrenia, Journal of Neuroscience, March 1995 15(3):2186-2191

Michael B. Knable, Thomas M. Hyde, Mary M. Herman Joye M. Carter, Llewellyn Bigelow, and Joel E. Kleinmen, Quantitative Autoradiography of Dopamine-D1 Receptors, and Dopamine
Uptake Sites in Postmortem Striatal Specimens from Schizophrenic Patients Bio, Psychiatry, 1994; 36:827-835

Carter, J.M., A Question of Ethic -- Probing the Organ Tissue Donation Process, About Time, Vol. XIII, No. 4;44-1994

Carter, J.M., Green, W.R., Calendar, C.O., et al.

Carter, J.M., Pulmonary Cavitation with Nocardia and Aspergillus in a Renal Transplant Patient, Journal of National Medical Association, 82:7, 427-531 1990

Carter, J.M., The Shame of Miami, Journal of the National Medical Association, 81:12; 1204, 1258, 1989

Salvant, E.E., Carter, J.M., Armstrong, E.M., Crest Syndrome: A Variant of Progressive Systemic Sclerosis, Associated with Interstitial Pulmonary Fibrosis and Malignancy, Southern Medical Association Journal 81:1185-1187, 1988

August 2010

**EXHIBIT "1"**