UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RUTHA CARROLL, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § | CIVIL ACTION H-08-2970 |
| | § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § § | |
| *Defendants*. | § | |

## ORDER

Pending before the court is the Magistrate Judge's Report and Recommendation ("R&R"), which recommends that Defendant TASER International, Inc.'s ("TASER") Motion for Summary Judgment (Dkt. 75) be granted, and that TASER's *Daubert* Motions (Dkts. 76, 77) be denied as moot. Dkt. 101. The R&R also advises that any parties wishing to object to the R&R must do so by June 13, 2011. *Id.* The court has received no objections. The court, having reviewed the R&R, relevant documents within the record, and the applicable law, and having received no objections, **ADOPTS** the R&R in its entirety.

Therefore, TASER's Motion for Summary Judgment (Dkt. 75) is **GRANTED**. All of Plaintiffs' claims against TASER are hereby **DISMISSED WITH PREJUDICE**. TASER's *Daubert* Motions (Dkts. 76, 77) are **DENIED AS MOOT**.

It is so **ORDERED**.

Signed at Houston, Texas on June 16, 2011.

_____
Gray H. Miller
United States District Judge